UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ABDIFATAH MUSE MOHAMED, | CIVIL NO. 13-2066 (PJS/JSM) |
| Petitioner, | ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et.al., | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 18, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

Petitioner's Petition for Writ of Habeas Corpus [Docket No. 3] is **DENIED.**

Dated: 12/6, 2013

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court